UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) No. 13-3076 |
| v. | ) |
| TINA M. OHNEMUS, | ) |
| Defendant. | ) |

## OPINION CONFIRMING SALE

The U.S. Marshal has been appointed by the Court to sell property at issue in this case. The U.S. Marshal reports that the property has been sold in accordance with terms previously set forth by the Court. The Court, having reviewed the relevant materials, finds as follows:

1. The common address and legal description of the real estate at issue:

    211 W. Maple Avenue, Ursa, Illinois   62376-1108

    A part of the Southwest Quarter (SW ¼) of Section Eighteen (18) in Township One (1) North of the Base Line and in Range Eight(8) West of the Fourth Principal Meridian, bounded and described as follows:

    Beginning Forty-six (46) rods West of the Northeast corner of the Southwest Quarter (SW 1/4) and running South Sixteen (16) rods, Nine (9) feet, Four (4) inches, thence West Eight (8) rods, Two and One-Half feet (2-1/2) feet, thence North Sixteen (16) rods, Nine (9) feet, Four (4) inches, thence East Eight (8) rods, Two and One-Half (2-1/2) feet to the place of beginning, situated in the County of Adams, in the State of Illinois

    PIN No. 09-0-1252-000-00

2. A notice required in accordance with 735 ILCS 5/15-1507(c)(2)(B) and 28 U.S.C. § 2002 was given;

3. The terms of sale were fair and not unconscionable;

4. The sale was conducted fairly and without fraud;

5. Justice was done by the sale;

6. All redemption and reinstatement periods have expired without redemption or reinstatement having been made; and

7. This Court obtained personal jurisdiction over defendant who is personally liable to plaintiff for the deficiency from the sale.

IT IS THEREFORE ORDERED:

A. The U.S. Marshal's report of the sale is approved and the sale is confirmed;

B. A deficiency judgment be and the same is hereby entered in favor of plaintiff, UNITED STATES OF AMERICA, ACTING THROUGH RURAL DEVELOPMENT, and against defendant, Tina M. Ohnemus, in personam, in the amount of $96,631.33, and that execution may issue in accordance with the law.

C. The U.S. Marshal is directed to issue a deed to the holder of the certificate of purchase, sufficient to convey title pursuant to 735 ILCS l5-l509(a).

E. The purchaser of the foreclosed property is hereby given possession effective immediately upon entry of this Order in compliance with 735 ILCS 5/15-1701(c)(1).

F. There is no just reason to delay enforcement of or appeal from this final order.


ENTER:       November 21     , 2013.


                                        s/Richard Mills
                                    RICHARD MILLS
                                    UNITED STATES DISTRICT JUDGE